UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTIAN RAMON TORRES,

          Plaintiff,

-against-

UNITED STATES OF AMERICA, *et al.*,

          Defendants.

21-CV-5525 (LTS)

CIVIL JUDGMENT

Pursuant to the order issued June 28, 2021, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   June 28, 2021
           New York, New York

                         /s/ Laura Taylor Swain
                          LAURA TAYLOR SWAIN
                    Chief United States District Judge